**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:21-cv-77-KDB**

| | | |
|---|---|---|
| COURTNEY BOLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff is seeking review of a final determination denying a claim under the Social Security Act. See (Doc. No. 1). The Plaintiff filed an Application to proceed *in forma pauperis*. (Doc. No. 2). In an Order entered on May 19, 2021, the Court denied Plaintiff's Application without prejudice to pay the filing fee or file an Amended Application within 20 days. (Doc. No. 5). The Court cautioned Plaintiff that the failure to comply would result in this case's dismissal and closure without further notice. (Id.).

The Plaintiff failed to pay the filing fee or file an Amended Application and the time to do so has expired. Therefore, this action will be dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 631-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED that:**

1

1.     This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's May 19, 2021 Order.

2.     The Clerk of this Court is directed to close this case.

Signed: June 11, 2021

Kenneth D. Bell
United States District Judge

2